In the Matter of DAVID E. BERG, Respondent, against HAROLD W. MARSH et al., as Commissioners of the Municipal Civil Service Commission of the City of New York, Appellants.

Submitted July 19, 1945; decided October 4, 1945.

*Samuel W. Sherman* for motion.

*Ignatius M. Wilkinson, Corporation Counsel (Henry J. Shields* of counsel), opposed.

Motion granted and appeal dismissed, with costs, and $10 costs of motion.